■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY McGUIRE, Appellant. [623 NYS2d 170] —Appeal from a judgment of the County Court of Columbia County (Zittell, J.), rendered December 20, 1993, convicting defendant upon his plea of guilty of the crimes of driving while intoxicated (two counts), aggravated unlicensed operation of a motor vehicle in the first degree and forgery in the second degree (two counts).

Upon reviewing the record and brief submitted by defense counsel, we agree that there are no nonfrivolous issues that could be raised on appeal. Accordingly, the judgment should be affirmed and counsel's application for leave to withdraw granted.

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS VAN BUREN, Appellant. [623 NYS2d 170] —Appeal from a judgment of the County Court of Schenectady County (Harrigan, J.), rendered January 24, 1994, convicting defendant upon his plea of guilty of the crime of burglary in the third degree.

We reject defendant's claim that his negotiated sentence of 3½ to 7 years in prison is harsh and excessive and should be reduced in the interest of justice. Although defendant did receive the harshest permissible sentence as a second felony offender, he nevertheless received a substantial benefit by pleading as he did in satisfaction of a multicount indictment. Under the circumstances, we find no reason to disturb the sentence imposed by County Court.

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.

